Matthew K. Bishop (Mont. Bar No. 9968)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 324-8011
bishop@westernlaw.org

Kelly E. Nokes (Mont. Bar No. 39465862)
Western Environmental Law Center
P.O. Box 218
Buena Vista, CO 81211
(575) 613-8051
nokes@westernlaw.org

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT al., <br><br> Plaintiffs, <br><br> vs. <br><br> RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service, et al., <br><br> Federal-Defendants. | Case No. 9:22-cv-00149-DLC-KLD <br><br><br> **DECLARATION OF BRUCE JODAR** |

I, BRUCE JODAR, declare as follows:

1. I have personal knowledge of the matters stated below, and if called as a witness, I could and would competently testify to them.

2. I currently live in Bozeman, Montana, and have lived here for over 30 years.

3. I am a current member of the Center for Biological Diversity ("Center") and have been a member for more than ten years. I rely on the Center to represent my conservation interests. I have been a major donor to the Center for over 20 years, and I have donated to many campaigns to protect biodiversity in Montana and the rest of the Rocky Mountain regions—including campaigns to protect grizzly bears. The Center is one of the beneficiaries of my will. I am an active member of the Center because the Center continues to represent my interests in conserving wildlife, including Montana's grizzly bear populations.

4. I rely on the Center to represent my interests in conserving grizzly bears.

5. I am an avid photographer who moved to Montana 30 years ago specifically for the opportunity to observe and photograph grizzly bears in the wild. I travel all over the world to photograph wildlife, but I chose to live in Montana specifically because of the proximity to grizzly bears and other

wildlife.

6.      I travel to Yellowstone National Park five to ten times a year with the purpose of observing and photographing grizzly bears in their natural habitat. I have been traveling to Yellowstone National Park five to ten times a year to photograph grizzly bears for the past 30 years. My enjoyment of wilderness activities often depends on the presence of grizzly bears in the wild during these trips.

7.      I have observed and photographed grizzly bears in Yellowstone National Park dozens of times over the past 30 years. In Yellowstone National Park I have observed lone grizzly bears, female grizzly bears with their newborn cubs, and bears feeding on recent elk kills. One of my most memorable encounters with grizzly bears was the opportunity to observe and photograph a grizzly bear feeding on a recent elk kill while wolves danced around the edges of the kill, hoping to steal part of the carcass, and bald eagles swooped in from above to grab chunks of the carcass to eat. It is much easier to observe grizzly bears within the boundaries of Yellowstone National Park than outside the park. I desire for an increase in the population of grizzly bears outside of Yellowstone National Park, such as in the East Paradise decision area in Custer-Gallatin National Forest, so that I would have a better chance of observing and photographing grizzly bears in my

travels outside Yellowstone National Park. Every time I observe a grizzly bear in the wild it warms my heart to know that grizzly bears are successfully living in their natural habitat across Montana.

8. I travel to the Custer-Gallatin National Forest just north of Yellowstone National Park in the Absaroka-Beartooth Mountains once or twice a year to photograph and observe grizzly bears. I have been traveling to the Custer-Gallatin National Forest once or twice a year to photograph and observe grizzly bears for the past 30 years. I plan to continue traveling to these areas a couple of times per year in the hopes of observing and photographing grizzly bears.

9. In the past 30 years, I have traveled several times to the East Paradise decision area in the hopes of observing and photographing grizzly bears.

10. I have never seen a grizzly bear in the East Paradise decision area. I have seen scat and other evidence of grizzly bears while traveling in the East Paradise decision area. I greatly desire to see a grizzly bear in the East Paradise decision area, but I believe grizzly bears are elusive in the area due to human disturbances caused by cattle ranching and all-terrain vehicle use. Searching for grizzly bears in the East Paradise decision area allows me the opportunity to observe and photograph other wildlife as well. I have personally encountered cattle ranching and all-terrain vehicle use in the East

Paradise decision area while looking for grizzly bears to photograph. I believe these disturbances significantly decrease my chances of seeing a grizzly bear. I wish cattle grazing, all-terrain vehicle use, and other forms of human disturbances were not permitted in the East Paradise decision area so more grizzly bears would return to the area and I would have a greater opportunity to observe and photograph grizzly bears.

11.     I take joy in knowing that grizzly bears exist in Yellowstone National Park, Custer-Gallatin National Forest, and the East Paradise decision area. I feel an ethical responsibility to conserve the grizzly bears remaining in the wild and to work to protect grizzly bear habitat, including in the East Paradise decision area. I feel a responsibility as a Montanan who lives near grizzly bears to conserve and protect grizzly bears. I fulfill this ethical responsibility by being an active member and donor to the Center for Biological Diversity, as well as donating my photography of grizzly bears and other wildlife to raise funds for wildlife protection.

12.     I feel a spiritual connection to grizzly bears that live across Montana, including in Yellowstone National Park, Custer-Gallatin National Forest, and the East Paradise decision area. I chose to move to Montana 30 years ago predominantly for the opportunity to observe and photograph grizzly bears and other wildlife. It is spiritually and morally important to me that all

wildlife, and especially grizzly bears, be alive and free in wild areas. I greatly value the experience of observing a wild grizzly bear who is living a life as free from human interference as possible. It warms my heart to know that grizzly bears are living healthy, free, and happy lives in the same world in which humans live. I also believe the presence of grizzly bears adds a lot of value to living in the state of Montana.

13. I am an animal rights activist. I am vegan and do not eat any animals or animal products. My ethical and moral belief is that all animals, especially grizzly bears, should be left alone to live their lives in peace free from destructive human interference.

14. The opportunity to live near grizzly bear habitat and observe grizzly bears in the wild is an important factor in my decision to live in Montana. The opportunity to observe and photograph grizzly bears is the driving force behind my decision to travel to Yellowstone National Park, Custer-Gallatin National Forest, and the East Paradise decision area several times a year. I believe I contribute significantly to the economy through the money I spend on my trips to see grizzly bears.

15. I believe that the U.S. Forest Service's decision to allow the continuation and expansion of livestock grazing in the East Paradise decision area in the Custer-Gallatin National Forest just north of Yellowstone National

Park in the Absaroka-Beartooth Mountains will negatively affect grizzly bears in the area. I believe the continued and increased grazing in the East Paradise decision area will increase grizzly bear conflicts with livestock and humans. As a result of these increased conflicts, I believe grizzly bears will be killed or displaced from the East Paradise decision area. My interest in the conservation of grizzly bears is directly impacted by the Forest Service's decision to allow the continuation and increase of grazing in the East Paradise decision area, as the decision will decrease the likelihood of me observing or photographing grizzly bears there. Further, I have a moral, ethical, and spiritual connection to grizzly bears that may be killed or displaced in the East Paradise decision area as a result of this grazing decision.

16. The decision by the U.S. Forest Service to continue and expand livestock grazing in the East Paradise decision area will harm my interests in observing grizzly bears, conserving grizzly bears, and maintaining the health of the local ecosystem.

17. Vacating the U.S. Forest Service's decision to allow the continuation and expansion of grazing within the East Paradise decision area and remanding the matter back to the U.S. Forest Service with instructions to comply with the National Environmental Policy Act would redress my injuries by ensuring the agencies have taken the steps necessary to mitigate the negative

impacts to grizzly bears that will result from continued and expanded livestock grazing on public lands in the East Paradise Decision area. I hope this mitigation is done correctly because I plan to take many more trips to the East Paradise decision area, the Custer-Gallatin National Forest, and Yellowstone National Park for years to come in hopes of observing and photographing grizzly bears.

In accordance with 28 U.S.C. § 1746 and under penalty of perjury, I swear that the foregoing is true and correct.

Executed on this 29 day of NOV. in 2023.

BRUCE JODAR