IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| WESTERN WATERSHEDS<br>PROJECT, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>TOM SCHULTZ, in his official<br>capacity as Chief of the U.S. Forest<br>Service, et al.,<br><br>　　　　　　　Defendants. | CV 22–149–M–DWM<br><br><br><br>ORDER |

Plaintiffs having withdrawn their motion for attorney fees and costs, (Doc. 73),

IT IS ORDERED that the Clerk is directed to terminate the pending motion, (Doc. 68). This matter is DISMISSED WITH PREJUDICE. All pending deadlines are VACATED.

DATED this 30th day of June, 2026.

_____
Donald W. Molloy, District Judge
United States District Court